BLANCHE FELT, Respondent, v. JAMES E. POWERS, JR., Appellant.— Order unanimously affirmed.

In the Matter of the Claim of PATRICK J. FITZSIMMONS, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the State Industrial Board.

KATHERINE FITZPATRICK, as Administratrix, etc., of ESTHER MURDICK, Deceased, Respondent, v. THE CITY OF ALBANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of FRANK FLECKENSTEIN, Respondent, v. GEORGE SCHWENN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of GEORGE A. FLUCKIGER, Respondent, v. BLOOMING-DALE BROS. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence of an accidental injury arising out of the employment, and on the further ground that there is no legal evidence to sustain the finding of a fractured skull as found by the Board. All concur.

In the Matter of the Claim of SUSAN FOSTER, Appellant, v. MALLORY STEAMSHIP COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of EARL FUNK, Respondent, v. BRAAS BROS. CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the claimant had an earning capacity which should have been fixed in determining the amount of the award. All concur.

In the Matter of the Claim of Mrs. L. GARDNER, Respondent, v. BERKELEY OVAL CONSTRUCTION CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, because of the refusal to admit the medical testimony offered by the appellants. All concur.

In the Matter of the Claim of ERNEST GENTER, Respondent, v. SCHENECTADY AWNING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence of serious facial disfigurement. All concur.

In the Matter of the Claim of SALVATORE GERMANTAN, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WILLIAM GESSON, Respondent, v. VILLAGE OF ELMSFORD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY GOLDEN, Respondent, v. HOTEL KENMORE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claim was not filed within year after death. All concur.